1  GEORGE S. CARDONA
   Acting United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   STEPHEN G. WOLFE (Cal. Bar No. 116400)
4  Assistant United States Attorney
   1500 United States Courthouse
5  312 North Spring Street
   Los Angeles, California 90012
6  Telephone: (213) 894-7408
   Facsimile: (213) 894-3713
7  E-mail: Steve.Wolfe@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9
                    UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,  )      No. CR 02-938-CJC
12                            )
           Plaintiff,         )      NOTICE OF INTENTION TO CONTINUE
13                            )      TO SEEK THE DEATH PENALTY
              v.              )      AGAINST DEFENDANTS TERFLINGER
14                            )      AND LITTRELL
   RICHARD LLOYD TERFLINGER,  )
15 GARY JOE LITTRELL,         )
                              )
16         Defendants.        )
   _____)
17
          Plaintiff United States of America hereby gives notice that
18
   the government will continue to seek the death penalty against
19
   defendants Terflinger and Littrell.
20
   DATED: January _____, 2007    Respectfully submitted,
21
                                 GEORGE S. CARDONA
22                               Acting United States Attorney
                                 THOMAS P. O'BRIEN
23                               Assistant United States Attorney
                                 Chief, Criminal Division
24

25

26                               _____
                                 STEPHEN G. WOLFE
                                 Assistant United States Attorney
27
                                 Attorneys for Plaintiff
28                               UNITED STATES OF AMERICA